# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARVIN WILEY A/K/A ANDRE
WILSON A/K/A TONY MOORE

NO. 2020 KW 0403

**JULY 20, 2020**

---

In Re:   Marvin Wiley a/k/a Andre Wilson a/k/a Tony Moore,
         applying for supervisory writs, 32nd Judicial District
         Court, Parish of Terrebonne, Nos. 312770 & 333135.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** Notwithstanding any provision of law to the contrary, the court shall apply the provisions of the habitual offender law that were in effect on the date that the defendant's instant offense was committed. See La. R.S. 15:529.1(K)(1); **State v. Parker**, 03-0924 (La. 4/14/04), 871 So.2d 317, 326. Furthermore, the classification of the offense at the time of the conviction determines its character for the enhancement of the penalty. See **State ex rel. Clark v. Marullo**, 352 So.2d 223, 230 (La. 1977). Thus, the redesignation of the California conviction for possession of marijuana for sale to a misdemeanor offense does not retroactively apply to relator's 1999 habitual offender proceedings. Therefore, the district court did not err by denying the motion to correct an illegal sentence. We further note relator has not sought relief under La. R.S. 15:308.

                        PMc
                        JEW
                        GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT